UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD G. BROWN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEUTCHE BANK NATIONAL TRUST COMPANY,<br><br>    Defendant. | No. 2:21-cv-00034-RSL<br>(appeal from Bankr. Adv. Proc. No. 20-01012-MLB and 20-01013-MLB)<br><br>ORDER STAYING BANKRUPTCY APPEAL DEADLINES |

    This order is entered on the motion of Ronald G. Brown, as the chapter 7 trustee for debtor Pakie Vincent Plastino; James Rigby, as the chapter 7 trustee for debtor Debra Wilson; and Deutsche Bank National Trust Company to stay all further deadlines in this appeal.

    The Court, having reviewed the foregoing stipulated joint motion, and the file, and being fully informed, now, therefore, finds good cause to stay the appeal to allow the parties to settle. The parties are ordered to file, on or before August 5, 2021, a request to dismiss the appeal, a request to extend the stay, or a request to lift the stay if they are unable to complete their settlement.

    IT IS SO ORDERED.
    Dated this 5th day of February, 2021.

                                                Robert S. Lasnik
                                              United States District Judge

STIPULATED JOINT MOTION TO STAY BANKRUPTCY APPEAL DEADLINES (2:21-cv-00034-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax