UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD G. BROWN, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DEUTCHE BANK NATIONAL<br>TRUST COMPANY,<br><br>　　　　　　　Defendant. | No. 2:21-cv-00034-RSL<br>(appeal from Bankr. Adv. Proc.<br>No. 20-01012-MLB and<br>20-01013-MLB)<br><br>ORDER DISMISSING<br>BANKRUPTCY APPEAL |

　　This order is entered on the motion of Ronald G. Brown, as the chapter 7 trustee for debtor Pakie Vincent Plastino; James Rigby, as the chapter 7 trustee for debtor Debra Wilson; and Deutsche Bank National Trust Company to dismiss this appeal.

　　The Court, having reviewed the foregoing stipulated joint motion, and the file, and being fully informed, now, therefore, finds good cause to dismiss the appeal.

　　IT IS SO ORDERED.

　　Dated this 28th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　*signature*
　　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

STIPULATED JOINT MOTION TO DISMISS APPEAL
(2:21-cv-00034-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax